583 A.2d 297

STATE OF NEW JERSEY v. WILLIAM HACKENBERG.

January 10, 1990.

Petition for certification granted, the judgment of the Appellate Division is summarily reversed, see *State v. Waverly Lark*, 117 *N.J.* 331, 567 *A.*2d 197 (1989), and the August 8, 1988 order of the trial court denying defendant's motion for reduction of sentence and retraction of defendant's guilty plea is reinstated.